UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| JAMES DENNIS | : | No. 10-233 |

**O R D E R**

**AND NOW,** this 7th day of December, 2011, upon consideration of Defendant James Dennis's Motion to Withdraw Guilty Plea (Doc. No. 58), and the Government's Response (Doc. No. 60), and following an evidentiary hearing at which Mr. Dennis testified, it is **ORDERED** that the Motion to Withdraw Guilty Plea is **DENIED**. By separate notice, the parties will be notified of the sentencing hearing date.

BY THE COURT:


 /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge